# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2439
_____

John Burks

*Plaintiff - Appellant*

v.

City of Gladstone, Missouri; Gladstone Department of Public Safety; Police Officer Joshua East, In his individual and official capacity; Gladstone Chief of Police, In his official capacity

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: January 24, 2024
Filed: February 1, 2024
[Unpublished]
_____

Before LOKEN, COLLOTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

John Burks appeals the district court's[1] adverse grant of summary judgment in his civil rights action alleging that his encounter with an officer of the City of Gladstone Police Department constituted an unreasonable seizure in violation of the Fourth Amendment.  Upon careful review, we conclude that, under the totality of the circumstances, the encounter between Burks and the officer was consensual and, thus, did not implicate the Fourth Amendment.  See Hovick v. Patterson, 37 F.4th 511, 516 (8th Cir. 2022); United States v. Lillich, 6 F.4th 869, 876 (8th Cir. 2021); Oglesby v. Lesan, 929 F.3d 526, 533 (8th Cir. 2019).  To the extent Burks raised other claims in his complaint, we conclude that he waived them by not discussing them on appeal. See United States v. Azure, 539 F.3d 904, 912 (8th Cir. 2008).

Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.